BROOKLYN MAJESTIC THEATRE COMPANY, Appellant, v. VITAGRAPH COMPANY OF AMERICA, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

J. F. TAPLEY COMPANY, Appellant, v. EMIL NEWMANN and Others, Defendants. In the Matter of JOHN T. WORTMAN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

J. F. TAPLEY COMPANY, Appellant, v. EMIL NEWMANN and Others, Defendants. In the Matter of JOHN T. WORTMAN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

KNIT GOODS EXCHANGE, INC., Respondent, v. DANIEL KRASNEY and Another, Copartners, etc., Appellants. — Order affirmed, with ten dollars costs and disbursements; time for examination to proceed to be fixed in order. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

PARODI, ERMINIO & COMPANY, INC., Appellant, v. FRANCESCO BERTOLLI and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

JOHN TRIESNER, Respondent, v. WILHELMINA S. TRIESNER, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

ISAAC SCHNEIERSON, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

TIMES SQUARE AUTOMOBILE COMPANY, Respondent, v. THE MOTOR CAR EQUIPMENT COMPANY, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

WILLIAM R. SAINSBURY, Respondent, v. THE CENTRAL MANUFACTURERS MUTUAL INSURANCE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

SANITARY WET WASH LAUNDRY COMPANY, INC., Appellant, v. SAM SINITAR, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.